```
             IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MARYLAND

                                    :
VON MAURICE SUPER
                                    :
    v.                              :   Civil Action No. DKC 23-3237
                                    :
EXPERIAN INFORMATION SOLUTIONS,
INC., et al.                        :
```

**ORDER**

For the reasons stated in the foregoing Memorandum Opinion, it is this 9th day of July, 2024, by the United States District Court for the District of Maryland, ORDERED that:

1. The Joint Motion to Dismiss filed by Defendants (ECF No. 7) BE, and the same hereby IS, GRANTED;

2. The Complaint filed by Plaintiff Von Maurice Super BE, and the same hereby IS, DISMISSED; and

3. The clerk will transmit copies of the Memorandum Opinion and this Order to Plaintiff and to counsel for the parties and CLOSE this case.

```
                                    /s/
                          DEBORAH K. CHASANOW
                          United States District Judge
```